IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LORI REYNOLDS,

    Plaintiff,

vs.

MICHELE J. ROMERO, in her individual capacity; LEAH GLEASON, in her individual capacity; JODY L. ANGEL-TREJO, in her individual capacity; and DR. STEVE CORSI, in his official capacity as CEO of the Nebraska Department of Health and Human Services;

    Defendants.

4:25CV3197

ORDER

    This matter is before the Court on pro se Plaintiff Lori Reynolds's application to proceed with this litigation without prepaying fees or costs. Filing No. 12.

    As an initial matter, Plaintiff paid the filing fee in the amount of $405. However, her application seeks relief from service costs. Filing No. 12 at 4 ¶ 5. Since *in forma pauperis* litigants receive other benefits, including service by U.S. Marshal, Plaintiff's motion is not moot. *See, e.g.*, 28 U.S.C. § 1915(d); *see also Armendariz v. Rovney*, No. 20-cv-464, 2020 WL 2513739, at *1 n.1 (D. Minn. Apr. 9, 2020), *R&R adopted by* 2020 WL 2512842 (D. Minn. May 18, 2020) (plaintiff's IFP application not moot despite paying filing fee because

1

certain other costs of litigation are waived for IFP litigants); *Richmond v. Bullock*, No. 4:25-cv-367, 2025 WL 2219954, at *1 (E.D. Mo. Aug. 5, 2025) (same). Moreover, though Plaintiff filed a certificate of service indicating she effected service on Defendants on October 9, 2025, her service attempt does not appear to comply with Federal Rule of Civil Procedure 4.

The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*.[1]

Accordingly,

IT IS ORDERED:

1. Plaintiff's application, Filing No. 12, is granted.

2. The Clerk of Court is ordered to re-issue the summons as to Defendants Michele J. Romero, Leah Gleason, Jody L. Angel-Trejo, and Dr. Steve Corsi, in his official capacity as CEO of the Nebraska Department of Health and Human Services.

3. For service of process on Defendant Dr. Steve Corsi, in his official capacity, the Clerk is directed to complete a USM-285 form using this address:

> Office of the Nebraska Attorney General
> 2115 State Capitol
> Lincoln, NE 68509

4. For service of process on Defendants Michele J. Romero, Leah Gleason, and Jody L. Angel-Trejo, the Clerk is directed to complete a USM-285 form for each Defendant using these addresses:

---

[1] Plaintiff only reported her income and her half of the shared expenses. She did not report her husband's income or his half of the shared expenses because they maintain separate finances and her husband does not support Plaintiff's living expenses or legal costs. In these circumstances, the *in forma pauperis* determination may be made based solely on Plaintiff's financial status. *See Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000) (applying Missouri law); *see generally* Neb. Rev. Stat. § 42-618 (married people retain ability to receive, manage, and control their own property notwithstanding that the property may be community property).

2

>Michele J. Romero
>3720 Ave. A, Ste C
>Kearney, NE 68848
>
>Leah Gleason, FGH Law Office
>110 C Street, P.O. Box 249
>Shelton, NE 68876
>
>Jody Angel Trejo
>Midwest Encouragement Counseling
>220 W. 15th St.
>Kearney, NE 68845

5. The Clerk shall forward the completed USM-185 forms and summons along with a sufficient number of copies of the Complaint, Filing No. 1, and Index in support of the Complaint, Filings Nos. 2 through 2-16, (collectively, the "Complaint") as well as Plaintiff's Motion for Preliminary Injunction, Filing No. 3, and brief in support of the Motion for Preliminary Injunction, Filing No. 4, to the United States Marshals Service for service upon Defendants by certified mail or other authorized method. *See* Fed. R. Civ. Proc. 4(j)(2); Neb. Rev. Stat. § 25-510.02 (Defendant Corsi); *see also* Fed. R. Civ. Proc. 4(e); Neb. Rev. Stat. § 25-508.01 (Defendants Romero, Gleason, and Angel-Trejo). The Marshal shall serve the summons, the Complaint, the preliminary injunction motion and the supporting brief without payment of costs or fees.

Dated this 4th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge